UNITED STATES BANKRUPTCY COURT
Northern District of Illinois . Western Division

IN RE:                                                   CHAPTER 13

BILLIE R. O'DONNELL                                      CASE NO. 13-81763

**NOTICE OF FINAL CURE PAYMENT AND COMPLETION OF PLAN PAYMENTS**

Pursuant to Federal Bankruptcy Rule 3002.1(f), the Chapter 13 Trustee, Lydia S. Meyer, files Notice that the amount required to cure the default in the below claim has been paid in full and the debtor has completed payments under the Plan.

**Name of creditor:**   Bayview Loan Servicing LLC         **Court claim #: 6&7**

**Last four digits** of any number used to identify the debtor's account: 6757

*Final Cure Amount*

| | |
|---|---|
| Amount of Prepetition Arrears | $4125.22 |
| Amount Paid by Trustee | $4125.22 |

*Monthly ongoing Mortgage Payment*

Mortgage is paid:

☐   Thru the Chapter 13 Plan          ☒   Direct by Debtor(s)

Within 21 days of the service of this Notice, the creditor **MUST** file and serve a Statement as a supplement to the holders' proof of claim on the debtor, debtor's counsel and the trustee, pursuant to Federal Bankruptcy Rule 3002.1 (g), indicating: 1) whether it agrees that the debtor has paid in full the amount required to cure the default and 2) whether the debtor is otherwise current on all payments consistent with 11 USC ¶1322(b)(5).

Dated:  5/14/18                         /s/Lydia S. Meyer
                                        Lydia S. Meyer, Trustee
                                        308 W. State St., Suite 212
                                        Rockford, IL  61101

Certificate of Service

I hereby certify that a copy of this Notice of Final cure Payment and Completion of Plan Payments was served on the parties listed below by ordinary US Mail or served electronically through the Court's ECF System at the email address registered with the Court on this 14th Day of May, 2018

Dated:  5/14/18                         /s/Cynthia K. Burnard

BAYVIEW LOAN SERVICING LLC
ATTN: CUSTOMER SERVICE DEPARTMENT
4425 PONCE DE LEONE BLVD  5TH FLOOR
CORAL GABLES, FL 33146

BAYVIEW LOAN SERVICING
A DELAWARE LIMITED LIABILITY COMPANY
62516 COLLECITON CENTER DRIVE
CHICAGO, IL  60693

BMO HARRIS BANK N.A.
4425 PONCE DE LEON BLVD
5TH FLOOR
CORAL GABLES, FL 33146

BILLIE R. O'DONNELL
6023 FOX BASIN
ROCKFORD, IL  61108

ATTORNEY GARY C. FLANDERS
ONE COURT PLACE, #201
ROCKFORD, IL  61101